

**FILED**
MAR 30 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

**ENTERED**
MAR 30 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC.<br><br>Debtor(s).<br>_____<br>Thomason Auto Group, LLC; Mario R. Ferla; China America Cooperative Automative, Inc.<br><br>Plaintiff(s),<br>v.<br>William L. Pollack; Jack Pitluk; Martin H. Karo; Steven Saleen; William Tally; Richard Kalika; Alexander Keeler; et al<br>Defendant(s). | Case No. 8:08-13065-TA<br><br>Adv. No. 8:09-01142-TA<br><br>Chapter<br><br>NOTICE OF STATUS CONFERENCE ORDER TO SHOW CAUSE RE: REMAND (REMOVED PROCEEDING)<br><br>Date: May 28, 2009<br>Time: 10:00 a.m.<br>Courtroom: 5B |

A Notice of Removal was filed with this Court on March 19, 2009, Pursuant to Local Bankruptcy Rule 9027-1(3) notice is hereby that a status conference will be held on the date and time shown above. COUNSEL ARE ORDERED to appear to discuss the status of the case and to show cause why the Court should not abstain and remand the case pursuant to 28 U.S.C. section 1334(c) and 1452(b).

Any party that wants the Court to remand or transfer the case shall file and serve its memorandum of points and authorities at least 24 days before the date of the status conference. Any party opposing the remand shall file its memorandum of points and authorities at least 14 days before the status conference. Local Bankruptcy Rule 9013-1(a)(8) shall govern the deadline for a reply. Failure to timely file and serve a memorandum of points and authorities

1  may be deemed to be consent to the granting or denial of the order to show cause,
2  as the case may be.

3
4  **FAILURE OF COUNSEL TO APPEAR AT THE STATUS CONFERENCE AND HEARING MAY RESULT IN ADVERSE ACTION BEING TAKEN BY THE COURT INCLUDING ENTERING JUDGMENT AGAINST ANY NON-APPEARING PARTY.**
5

6
7
8
9  DATED: **MAR 3 0 2009**
10                                        _____
                                          THEODOR ALBERT
                                          United States Bankruptcy Judge

## CERTIFICATE OF MAILING

I hereby certify that copies of the said **NOTICE** were mailed to the following parties on __March 30, 2009__.

U.S. Trustee
411 W. Fourth St., #9041
Santa Ana, CA 92701

John P. DiIorio
Shapiro & Croland
411 Hackensack Avenue
Hackensack, NJ 07601

Brian J. McMahon
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310

Lan Hoang
Gibbons, PC
One Gateway Center
Newark, NJ 07102-5310

Andrew H. Sherman
Sills, Cummis, Epstein & Gross PC
One Riverfront Plaza
Newark, NJ 07102-5400

William D. Wallach
McCarter & English, LLP
Fourt Gateway Center
100 Mulberry Street
Newark, NJ 07102

Joseph P. Lasala
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075

Michael B. Shapanka
Michael Shapanka, Esq., PC
150 West End Avenue
Somerville, NJ 08876

Edward Michael Daspin
4 Pineview Lane
Booton, NJ 07005

Stephen B. McNally
McNally & Busche, LLC
40 Park Place
Newton, NJ 07860

1  Richard H. Golubow, Esq.
   Winthrop Couchot
   660 Newport Center Drive, Ste. 400
   Newport Beach, CA 92660

2  R.G. Pagter, Esq.
   Pagter and Miller
   525 N. Cabrillo Park Drive, Ste. 104
3  Santa Ana, CA 92701

4  Jeffrey I. Golden
   650 Town Center Drive, Ste. 950
5  Costa Mesa, CA 92626

6

7

8

9

10

11

12

13

14

15

16  DATED:  March 30, 2009
17

18

19

20

21

22
                                              UNITED STATES BANKRUPTCY COURT
23
                                              By  /s/ Kim-Loan Ngo
24                                                   Kim-Loan Ngo
                                                     Deputy Clerk
25

26

27

28