ORIGINAL

STEPHEN B. McNALLY, ESQ.
McNALLY & ASSOCIATES, L.L.C.
93 Main St., Suite 201
Newton, N.J. 07860
Telephone:    (973) 300-4260
Facsimile:    (973) 300-4264
stevemac@nac.net


MICHAEL SHAPANKA, ESQ.
150 West End Ave.
Somerville, N.J. 08876
Telephone:    (908) 218-7928
Facsimile:    (908) 218-0832
mshapanka@optonline.net


MICHAEL B. KUSHNER, ESQ. (196224)
KUSHNER LAW FIRM, PLC
15 Enterprise, Suite 110
Aliso Viejo, CA. 92656
Telephone:    (949) 421-3030
Facsimile:    (949) 421-3031
Counsel for Properties Development Group, Inc.,
CRAS Co. and Ronald A. Stella
mkushner@kushnerlawfirm.com

FILED
OCT - 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

BY FAX

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ZX AUTOMOBILE COMPANY OR NORTH AMERICA, INC.,<br><br>Alleged Debtor | Case No.: 8:08-13065-TA<br><br>Chapter 11<br><br>Adv. No. 9:09-01142-TA<br><br>NOTICE OF MOTION FOR ABSTENTION PURSUANT TO USC 1334(c)(1)(2) and/or REMAND PURSUANT TO 28 USC 1452(B)<br><br>Date: October 29, 2009<br>Time: 10:00 AM<br>Dept.: 5B |
| THOMASON AUTO GROUP, | |

1

Notice of Motion for Remand and/or Abstention

| | |
|---|---|
| LLC, | |
| Plaintiff | |
| v. | |
| CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC., et. al., | |
| Defendants | |
| MARIO R. FERLA, et. al., | |
| Plaintiffs, | |
| v. | |
| WILLIAM L. POLLACK, et. al., | |
| Defendants | |
| CHINA AMERICA COOPERATIVE AUTOMOTIVE, INC., | |
| Plaintiffs | |
| v. | |
| MARIO R. FERLA, et. al., | |
| Defendants | |

TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, J. MICHAEL ISSA, TRUSTEE FOR THE DEBTORS and PARTIES IN INTEREST,

   PLEASE TAKE NOTICE that Properties Development Group, Inc. and Ronald A. Stella hereby move for an Order for the Court to abstain from considering and/or remand the removed cases, Thomason Auto Group, LLC v. China America Cooperative Automotive, Inc., et. al., formerly MRS-C-27-08, (the "Thomason Action"); Mario R. Ferla, et. al. v. William L. Pollack, et. al., formerly MRS-

C-28-08, (the "Ferla Action") and <u>China America Cooperative Automotive, Inc., et. al. v. Mario R. Ferla, et. al.</u>, formerly MRS-C-47-08, (the Chamco Action"), collectively referred to as the "Removed Cases" or "Chancery Actions", to the Superior Court of New Jersey, Chancery Division, General Equity Part, Morris County, pursuant to 28 USC 1334(c)(1) and (2) and/or 28 USC 1452(b);

    PLEASE TAKE FURHTER NOTICE the undersigned shall rely upon the within Memorandum of Points and Authorities, Declaration of Michael Shapanka, Declaration of Alan V. Puzino, M.D., Declaration of Ronald A. Stella, Declaration of Edward Michael Daspin and Declaration of Joan Daspin filed concurrently herewith, all pleadings, papers and records on file with the Court and such other evidence, oral or documentary as may be presented to the Court at the time of the hearing.

    IF YOU DO NOT OBJECT TO THIS MOTION YOU NEED TAKE NO FURTHER ACTION. HOWEVER IF YOU OBJECT TO THIS MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(a)(7), YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SUITE 2030, SANTA ANA, CA. 92701. YOU MUST ALSO SERVE A COPY OF YOUR OBJECTION UPON COUNSEL FOR THE MOVANT AT THE MAILING ADDRESSES INDICATED IN THE UPPER LEFT HAND CORNER OF THE FIRST PAGE OF THIS MOTION, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE. ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION MAY RESULT IN A WAIVER OF ANY SUCH OBJECTION, AND THE COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE.

    WHEREFORE, Movants pray for an order that the Court will abstain from considering and/or remand the Removed Cases to the Superior Court of New Jersey, Chancery Division, General Equity Part, Morris County, pursuant to 28 USC 1334(c)(1) and/or (2), 28 USC 1452(b).

Dated: October 1, 2009

McNALLY & ASSOCIATES, LLC

By: <u>See attached signature by Fax</u>
STEPHEN B. McNALLY, ESQ.,
Attorneys for Properties Development Group, Inc., CRAS Co., and Ronald A. Stella

1
2          By: See attached signature by Fax
3          MICHAEL SHAPANKA, ESQ.,
           Attorneys for Properties Development
4          Group, Inc., CRAS Co., and Ronald A.
           Stella
5

6          THE KUSHNER LAW FIRM, PLC
7
           By: /s/ M Kush
8          MICHAEL B. KUSHNER, ESQ.
           Attorneys for Properties Development
9          Group, Inc., CRAS Co., and Ronald A.
           Stella
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C-28-08. (the "Ferla Action") and China America Cooperative Automotive, Inc., et. al. v. Mario R. Ferla, et. al., formerly MRS-C-47-08, (the Chamco Action"), collectively referred to as the "Removed Cases" or "Chancery Actions", to the Superior Court of New Jersey, Chancery Division, General Equity Part, Morris County, pursuant to 28 USC 1334(c)(1) and (2) and/or 28 USC 1452(b);

    PLEASE TAKE FURHTER NOTICE the undersigned shall rely upon the within Memorandum of Points and Authorities, Declaration of Michael Shapanka, Declaration of Alan V. Puzino, M.D., Declaration of Ronald A. Stella, Declaration of Edward Michael Daspin and Declaration of Joan Daspin filed concurrently herewith, all pleadings, papers and records on file with the Court and such other evidence, oral or documentary as may be presented to the Court at the time of the hearing.

    IF YOU DO NOT OBJECT TO THIS MOTION YOU NEED TAKE NO FURTHER ACTION. HOWEVER IF YOU OBJECT TO THIS MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(a)(7), YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SUITE 2030, SANTA ANA, CA. 92701. YOU MUST ALSO SERVE A COPY OF YOUR OBJECTION UPON COUNSEL FOR THE MOVANT AT THE MAILING ADDRESSES INDICATED IN THE UPPER LEFT HAND CORNER OF THE FIRST PAGE OF THIS MOTION, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE. ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION MAY RESULT IN A WAIVER OF ANY SUCH OBJECTION, AND THE COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE.

    WHEREFORE, Movants pray for an order that the Court will abstain from considering and/or remand the Removed Cases to the Superior Court of New Jersey, Chancery Division, General Equity Part, Morris County, pursuant to 28 USC 1334(c)(1) and/or (2), 28 USC 1452(b).

Dated: October 1, 2009

McNALLY & ASSOCIATES, LLC

By: _____
STEPHEN B. McNALLY, ESQ.,
Attorneys for Properties Development
Group, Inc., CRAS Co., and Ronald A. Stella

3

By: _____
MICHAEL SHAPANKA, ESQ.,
Attorneys for Properties Development
Group, Inc., CRAS Co., and Ronald A.
Stella

THE KUSHNER LAW FIRM, PLC

By: _____
MICHAEL B. KUSHNER, ESQ.
Attorneys for Properties Development
Group, Inc., CRAS Co., and Ronald A.
Stella

-4-

Notice of Motion for Remand and/or Abstention