**MICHAELS LAW GROUP, APLC**
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
Dana M. Heyde, Esq. – State Bar No. 247142
2801 W. Coast Highway, Suite 270
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
jmichaels@michaelslawgroup.com
dheyde@michaelslawgroup.com

**WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**
Jeffrey Golden, Esq. – State Bar No. 133040
Hutchison B. Meltzer, Esq. – State Bar No. 217166
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
jgolden@wgllp.com
hmeltzer@wgllp.com

Attorneys for J. Michael Issa, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re CHINA AMERICAN COOPERATIVE AUTOMOTIVE, INC.<br><br>and<br><br>In re ZX AUTOMOBILE COMPANY OF NORTH AMERICA, INC.<br><br>Debtors. | Chapter 11<br><br>Case No. 8:08-bk-13065-TA<br><br>*Jointly Administered with*<br><br>Case No. 8:08-bk-13876-TA<br><br>Adv. 8:09-ap-01142 TA |
| J. MICHAEL ISSA, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD MICHAEL DASPIN, an individual; JOAN DASPIN, an individual; WILLIAM L. POLLACK, | **NOTICE OF ERRATA** |

1

|   |   |
|---|---|
| 1 | an individual; RONALD A. STELLA, an individual; SAM TROPELLO, an individual; BRADFORD P. SHAFFER, an individual; MICHELLE SHAFFER, an individual; THE 1ST CAPITAL CORPORATION, a Delaware corporation; CAPITAL CORPORATION OF AMERICA, a Delaware corporation; DASPIN & CO., INC., a New Jersey corporation; PROPERTY DEVELOPMENT GROUP, INC., a Delaware corporation; DOES 1 through 25, inclusive, |

Defendants.

**TO ALL PARTIES AND THEIR ATTORNEYS:**

J. Michael Issa, Chapter 11 Trustee hereby files this Notice of Errata to J. Michael Issa, Chapter 11 Trustee's Supplemental Opposition to Motion to Remand the Adversary Pleading; Memorandum of Points and Authorities.

Due to a typographical error, the Motion's caption erroneously stated that a Declaration of Jonathan Michaels was attached to the Opposition to the Motion. No such declaration is part of the Opposition.

MICHAELS LAW GROUP, APLC

Dated: January 18, 2010        By:    s/Jonathan A. Michaels
_____
Jonathan A. Michaels, Esq.
Dana M. Heyde, Esq.
Attorneys for J. Michael Issa,
Chapter 11 Trustee

| In re: | | CHAPTER: 11 |
|---|---|---|
| | CHINA AMERICA COOPERATIVE AUTOMOTIVE | |
| | Debtor(s). | CASE NUMBER: 09-01142 TA |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF ERRATA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **January 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert, 411 W. 4th Street, Suite 2030, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2010 | Kelly M. Rivera | */s/ Kelly Rivera* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

F 9013-3.1

| In re: **CHINA AMERICA COOPERATIVE AUTOMOTIVE** | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: **09-01142 TA** |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**BY NOTICE OF ELECTRONIC FILING ("NEF")**
Jeffrey I Golden    jgolden@wgllp.com
Richard H Golubow    pj@winthropcouchot.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**BY U.S. MAIL**

Office of the U.S. Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

David J. Brown
MBV Law LLP
855 Front Street
San Francisco, CA 94111
**Attorneys for Defendant William Pollack**

Stephen McNally
McNally & Associates
93 Main Street, Suite 201
Newton, NJ 07860

Michael Shapanka, Esq.
150 West End Avenue
Somerville, NJ 08876

Michael Kushner
Kushner Law Firm
15 Enterprise, Suite 110
Aliso Viejo, CA 92656
**Counsel for Properties Development Group Inc., CRAS Co. and Ronald Stella**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

**F 9013-3.1**