## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                                             ) ss.
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 15 Enterprise, Suite 110, Aliso Viejo, CA 92656.

On January 22, 2010, I served the following document(s) described as follows:

**REPLY MEMORANDUM TO TRUSTEE'S OPPOSITION OT REMAND-ABSTENTION MOTION; DECLARATION OF EDWARD MICHAEL DASPIN**

On the following interested parties in this action:

**See Attached Service List**

[ XX ] EMAIL: Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on 1/22/10, the foregoing document was served by the Court via NEF and hyperlink to the document. 1/22/10.
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: **SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.
Executed on January 22, 2010, at Aliso Viejo, California.

_____
Julie R. Saunders

Proof Of Service

# SERVICE LIST

<u>By Notice of Electronic Filing</u>

Jeffrey I. Golden     jgolden@wgllp.com

Richard H. Golubow    pj@winthropcouchot.com

R G Pagter     Gibson@pagterandmiller.com

Jonathan A. Michaels   jmichaels@michaelslawgroup.com

Dana M. Heyde     dheyde@michaelslawgroup.com

Hutchison B. Meltzer   hmeltzer@wgllp.com


<u>By U.S. Mail</u>

Office of the Trustee
411 W. 4th Street Ste 9041
Santa Ana, CA 92701

David J. Brown
MBV Law LLP
855 Front Street
San Francisco, CA 94111

Stephen McNally
McNally & Associates
93 Main Street, Ste 201
Newton, NJ 07860

Michael Shapanka, Esq.
150 West End Ave.
Somerville, NJ 08876

Proof Of Service